The order granting the defendant's petition is reversed and the cause is remanded for further proceedings not inconsistent with this opinion.

Reversed and remanded.

McNAMARA, P. J., and McGLOON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KERMIT PARKER *et al.,* Defendants-Appellants.

(Nos. 60046-7 cons.;

First District (3rd Division)—October 3, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Rea Markin, Assistant State's Attorneys, of counsel), for the People.